UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFF HAWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-cv-622 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| FAMILIA FLORES, INC., et al., | ) | ORDER DISMISSING DEFENDANT FAMILIA FLORES, INC. |
| | ) | |
| Defendant | ) | |

Pursuant to the Notice of Voluntary Dismissal submitted by the plaintiff, and no appearance having been made by the defendant, IT IS ORDERED THAT defendant FAMILIA FLORES, INC., is dismissed without prejudice.

Dated: 6/16/06

/s/Oliver W. Wanger
OLIVER W. WANGER
United States District Judge

1