THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jeff Haworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWORTH, | Case No.  1:06-CV-622-OWW-DLB |
| Plaintiff, | STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER |
| v. | |
| FAMILIA FLORES, INC. and MARK and LEE ANN LUCIO, | |
| Defendant. | |

The parties, for good cause, hereby stipulate to continue the Settlement Conference previously set for January 30, 2007 at 10:00 a.m. in Courtroom 9 of this Court to April 10, 2007 at the same time and place.

December 21, 2006                                                                December 21, 2006

S/Thomas N. Stewart, III                                                     S/David C. Mathias
Attorney for Plaintiff                                                            Attorney for Defendant

IT IS SO ORDERED.

Dated:   **January 8, 2007**                    **/s/ Dennis L. Beck**
3b142a                                                              UNITED STATES MAGISTRATE JUDGE

1:06-CV-622-OWW-DLB                    1